UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>RYAN SCHRADER,<br><br>　　　　　　　Defendant. | CASE NO. **2:24-mj-00203-BAT**<br><br>**ORDER GRANTING STIPULATED MOTION** |

Defendant appeared before the Court after being arrested on a warrant issued by the Northern District of California for violating a condition of probation. The parties indicate that the Northern District of California has terminated Defendant's probation in view of his rehabilitation in the last few years.  As Defendant's probation has been terminated, the Court ORDERS:

　　1.　　The stipulated motion, Dkt, 6, is GRANTED.

　　2.　　The Rule 5 hearing set in the case is stricken, Defendant's Appearance Bond, Dkt. 4, is terminated and the clerk may return Defendant's passport.

　　3.　　After Defendant's passport is returned, the Clerk is directed to close this case.

DATED this 12th day of April 2024.

　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　BRIAN A. TSUCHIDA
　　　　　　　　　　　　　　　　　　United States Magistrate Judge

ORDER GRANTING STPULATED MOTION
- 1